**Order entered March 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01529-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JOSUE DUARTE, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-10018-Q**

## ORDER

On February 17, 2014, we received the clerk's record in this appeal. The record does not contain a copy of the trial court's written order granting appellee's motion to suppress, which is the subject of this State's appeal.

Accordingly, this Court **ORDERS** the trial court to prepare a written order memorializing the court's ruling on appellee's motion to suppress and to file a supplemental record containing the order within **TWENTY-ONE DAYS** of the date of this order.

The State's brief is due within **SIXTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lena Levario, Presiding Judge, 204th Judicial District Court; Monica Davis, Court Coordinator, 204th Judicial District Court; Cynthia Bailey, Chief Clerk, 204th Judicial District

Court; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/      LANA MYERS
           JUSTICE